FOUR OAKS REST HOME,
INC., Appellant,

v.

MISSOURI DEPARTMENT OF SOCIAL
SERVICES, DIVISION OF AGING,
Respondent.

No. 45379.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 16, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Jan. 14, 1983.

Oliver W. Schneider, Clayton, for appellant.

Diane E. Felix, Dept. of Social Services, Div. of Gen. Counsel, Jefferson City, for respondent.

### ORDER

PER CURIAM:

Four Oaks Rest Home appeals from the Administrative Hearing Commission's revocation of its license to operate an intermediate care facility.

Judgment of the Administrative Hearing Commission is affirmed. Rule 84.16(b).